IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROBERT REICHERT,

      Appellant,

v.

MANPOWER/GALLAGHER
BASSETT SERVICES,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-0175

Opinion filed December 4, 2015.

An appeal from an order of the Judge of Compensation Claims.
Mark A. Massey, Judge.

Date of Accident: October 22, 2010.

E. Taylor Davidson of DiCesare, Davidson & Barker, P.A., Lakeland, for Appellant.

Jeffrey R. Hussey of Langston, Hess, Augustine, Hussey, Greenhill & Moyles, P.A., Maitland, for Appellee.

PER CURIAM.

      AFFIRMED.

WOLF, BILBREY, and WINOKUR, JJ., CONCUR.